Wendy J. Olson, ISB No. 7634
wendy.olson@stoel.com
STOEL RIVES LLP
101 S Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Jocelyn Wiesner (*pro hac vice pending*)
jocelyn.wiesner@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER, LLP
601 Massachusetts Ave, NW
Washington D.C., 20001
Telephone:  202.942.5000
Facsimile:  202.942.5999

Attorneys for Defendant Cynosure, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| AARON J. AFFLECK, M.D., P.A. d/b/a AFFLECK MD EYE CARE, an Idaho Professional Corporation, AND AARON J. AFFLECK M.D., an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>CYNOSURE, LLC, a Delaware Limited Liability Company; and ONEPLACE CAPITAL, A DIVISION OF BANK MIDWEST, an Iowa corporation,<br><br>    Defendants. | Case No.<br><br>**NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Cynosure, LLC (f/k/a Cynosure, Inc.) ("Cynosure") hereby gives notice of removal of this action, bearing case number CV10-21-1854, from the District Court of the Seventh Judicial

NOTICE OF REMOVAL - 1

District of the State of Idaho, County of Bonneville, to the United States District Court for the District of Idaho.  Pursuant to 28 U.S.C. § 1446(a), Cynosure provides the following statement of grounds for removal.

## BACKGROUND

1.      This action involves the purchase of a medical device -- the TempSure RF System ("TempSure" or the "Device") -- by Plaintiffs Aaron J. Affleck M.D., P.A. (d/b/a Affleck MD Eye Care) and Aaron J. Affleck, M.D. ("Plaintiffs").  The TempSure is medical device marketed and sold by Cynosure that uses soft tissue coagulation to reduce wrinkles, tighten skin, and reduce the appearance of cellulite, among other things.  It has received pre-market clearance from the U.S. Food and Drug Administration ("FDA") pursuant to Section 510(k) of the Federal Food, Drug, and Cosmetic Act.

2.      On March 29, 2021, Plaintiffs filed their Complaint in the District Court of the Seventh Judicial District of the State of Idaho, County of Bonneville (the "State Court Action") against Cynosure and Defendant OnePlace Capital (together, "Defendants").  Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of the Complaint is attached hereto as **Exhibit A**.

3.      Plaintiffs assert four causes of action:  fraud in the inducement, breach of warranty (fitness for a particular purpose), breach of express warranty, and breach of contract.  *See* Compl. Counts I-IV (¶¶ 37-67).  The thrust of Plaintiffs' Complaint is that Cynosure made false representations regarding the TempSure's ability to treat "dry eye," and the FDA status thereof, which Plaintiffs allegedly relied on in purchasing the Device.  *See, e.g.*, Compl. ¶ 38.

## VENUE AND JURISDICTION

4.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 92, 1391, 1441(a), and 1446(a) because the District Court of the Seventh Judicial District of the State of Idaho, County of

NOTICE OF REMOVAL - 2

Bonneville, where the Complaint was filed, is a court within the United States District Court for the District of Idaho.

5. This Court has subject matter jurisdiction under 28 U.S.C. § 1332(a) because: (1) there is complete diversity of citizenship between Plaintiffs and Defendants; (2) the amount in controversy exceeds $75,000, exclusive of interest and costs; and, (3) all other requirements for removal have been satisfied.

I. **THERE IS COMPLETE DIVERSITY OF CITIZENSHIP BETWEEN PLAINTIFF AND ALL DEFENDANTS.**

6. A district court has original jurisdiction over all civil actions where the matter in controversy exceeds $75,000 and there is diversity of citizenship. See 28 U.S.C. § 1332(a).

7. For purposes of diversity jurisdiction, a limited liability company is a "citizen of every state of which its owners/members are citizens," *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006), and corporations are citizens of the states in which they are incorporated and have their principal place of business, *id*. ("a corporation is a citizen only of (1) the state where its principal place of business is located, and (2) the state in which it is incorporated"), citing 28 U.S.C. § 1332(c)(1).

8. Plaintiff Affleck MD Eye Care is "an Idaho Professional Corporation with its principal place of business located in Idaho Falls, Idaho." Compl. ¶ 1.

9. Plaintiff Dr. Aaron Affleck is an individual and resident of the State of Idaho. *Id*. ¶ 2.

10. Based on allegations in the Complaint, and on information and belief, Plaintiffs are citizens of Idaho and were on the day they filed their Complaint in the State Court Action.

11. Cynosure is a limited liability company whose sole member is Lotus Buyer, Inc., a corporation that is incorporated and has its principal offices in Delaware. Accordingly, Cynosure is a citizen of Delaware.

12. Defendant OnePlace Capital is a corporation that is incorporated in Iowa and maintains its principal place of business in Iowa. *Id*. ¶ 4. Accordingly, Defendant OnePlace Capital is a citizen of Iowa.

13. There is complete diversity of citizenship because Plaintiffs are citizens of Idaho, and (1) Cynosure is a citizen of Delaware; and (2) Defendant OnePlace Capital is a citizen of Iowa.

## II. THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.

14. Diversity jurisdiction under 28 U.S.C. § 1332 requires that the amount in controversy, exclusive of interest and costs, be in excess of $75,000.

15. Here, Plaintiffs seek at least $158,470.00 in damages. *See, e.g.* Compl. ¶ 45 ("[Plaintiffs] have been injured in an amount to be established at trial but in an amount no less than $158,470.00."); ¶ 52 (same); ¶ 59 (same).

16. While Cynosure contests that Plaintiffs are entitled to any damages, the Complaint clearly puts at issue more than $75,000. Thus, on these alleged facts, the amount in controversy in this action exceeds $75,000, exclusive of interest and costs.

## III. THE PROCEDURAL REQUIREMENTS OF REMOVAL ARE SATISFIED.

17. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

18. On March 29, 2021, Plaintiffs caused to be served a copy of the Summons and Complaint on Defendant Cynosure via process server. Cynosure was served on April 9, 2021.

19.     On March 29, 2021, Plaintiffs caused to be served a copy of the Summons and Complaint on Defendant OnePlace Capital via process server. OnePlace Capital was served on April 9, 2021.

20.     Defendant OnePlace Capital consents to removal of this action. 28 U.S.C. § 1446(b)(2)(A) ("When a civil action is removed . . . all defendants who have been properly joined and served must join in or consent to the removal of the action."). OnePlace Capital's consent to this Notice of Removal is attached hereto as **Exhibit B**.

21.     Pursuant to 28 U.S.C. § 1446(a), copies of the state court docket and all process, pleadings, orders and other papers filed in the State Court Action are attached hereto as **Exhibits C - M.**

22.     Cynosure is providing Plaintiffs with written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d).

23.     Pursuant to 28 U.S.C. § 1446(d), Cynosure is contemporaneously filing a copy of this Notice of Removal and a Notice of Filing a Notice of Removal with the Clerk of the District Court of the Seventh Judicial District of the State of Idaho, County of Bonneville.

24.     Cynosure reserves the right to amend or supplement this Notice of Removal.

25.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because this is a civil action in which the amount in controversy exceeds $75,000, exclusive of interest and costs, and is an action between citizens of different states.

26.     By filing this Notice of Removal, Cynosure does not waive any defense that may be available to it and reserves all such defenses, including but not limited to those related to service of process and lack of personal jurisdiction. If any question arises regarding the propriety of the

removal to this Court, Cynosure requests the opportunity to present a brief oral argument in support of its position that this case has been properly removed.

WHEREFORE, Cynosure hereby respectfully gives notice that the matter bearing the Case No. CV10-21-1854 pending in the District Court of the Seventh Judicial District of the State of Idaho, County of Bonneville, is removed to the United States District Court for the District of Idaho, and requests that this Court retain jurisdiction for all further proceedings in this matter.

Respectfully submitted this 10th day of May 2021.

    STOEL RIVES LLP

    /s/ Wendy J. Olson
    Wendy J. Olson
    *Attorney for Defendant Cynosure LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2021, I served a copy of the foregoing **NOTICE OF REMOVAL** on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

    John M. .Avondet – javondet@beardstclair.com

    *Attorneys for Plaintiff*

    Austin O. Allen - austinallen@hopkinsroden.com

    *Attorney for OnePlace Capital*

    /s/ Wendy J. Olson
    Wendy J. Olson